**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ.
Nevada Bar No. 07760
KEVIN B. ARCHIBALD, ESQ.
Nevada Bar No. 13817
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com
Email: kba@cjmlv.com
*Attorneys for JATC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA MAGDALENO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 357, a Nevada Labor Organization; SOUTHERN NEVADA ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND; DOES 1 through 10 inclusive; ROES CORPORATIONS/ ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01942-RFB-GWF<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

Plaintiff, Amanda Magdaleno, by and through her attorney, M. Lani Esteban-Trinidad, Esq.; Defendant, International Brotherhood of Electrical Workers, Local 357, by and through its attorney, Sean W. McDonald, Esq.; and Defendant Southern Nevada Electrical Joint Apprenticeship and Training Trust Fund, by and through its attorney, Evan L. James, Esq., hereby stipulate to dismiss the case with prejudice, each side to bear its own legal fees and costs.

DATED this 22 Day of March 2016.

| | |
|---|---|
| THE THATER LAW GROUP, P.C. | THE URBAN LAW FIRM |
| By: */s/ M. Lani Esteban-Trinidad*<br>M. Lani Esteban-Trinidad, Esq.<br>Nevada Bar No. 6967<br>6390 W. Cheyenne Ave., Ste. A<br>Tel.: (702) 736-5297<br>Fax: (702) 736-5299<br>Las Vegas, Nevada | By: */s/ Sean W. McDonald*<br>Sean W. McDonald, Esq.<br>Nevada Bar No. 12817<br>4270 S. Decatur Blvd., Suite A-9<br>Tel.: (702) 968-8087<br>Fax: (702) 968-8088<br>Las Vegas, Nevada |

1   CHRISTENSEN JAMES & MARTIN

2   By:   /s/ Evan L. James
    Evan L. James, Esq.
3   Nevada Bar No. 7760
    7440 W. Sahara Avenue
4   Las Vegas, NV 89117
    Tel.: (702) 255-1718
5   Fax: (702) 255-0871

6

7                                    ORDER

8   Pursuant to the parties Stipulation and good cause appearing, the Court hereby dismisses

9   the case with prejudice, each side to bear its own fees and costs.

10   _____
     Richard F. Boulware
11   United States District Court Judge

12

13  SUBMITTED BY:

14  CHRISTENSEN JAMES & MARTIN

15  By:   /s/ Evan L. James
        Evan L. James, Esq.
16      Nevada Bar No. 7760
        7440 W. Sahara Avenue
17      Las Vegas, NV 89117
        Tel.: (702) 255-1718
18      Fax: (702) 255-0871

2